# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| **AVTEL SERVICES, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | **Nos. 04-1574C, 05-582C** |
| | * | **Filed: March 18, 2008** |
| **Defendant,** | * | |
| | * | |
| | * | |
| **KING AEROSPACE, INC.,** | * | |
| | * | |
| | * | |
| **Defendant-Intervenor.** | * | |
| | * | |

* * * * * * * * * * * * * *

## O R D E R

The court is in receipt of defendant's March 11, 2008, unopposed motion for leave to file the parties' joint status report in paper format. Defendant's motion is **GRANTED**. The parties' joint status report, due to its volume, shall be filed in paper format, on or before **Friday, March 21, 2008**. File the joint status report under both of the above case numbers.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**